IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KLEM, | : | No. 4:13-CV-2231 |
| Plaintiff | : | |
| v. | : | (Judge Brann) |
| JAMES P. CARBONE, *et. al.* | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**O R D E R**

April 13, 2015

The undersigned has given full and independent consideration to the January 16, 2015 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 8.

No objections have been filed, although Plaintiff's mail has been returned to the Court as undeliverable. Nonetheless, the Court will transfer to the matter to the Western District in the event Plaintiff provides an updated address to the Court between now and the time of transfer of the action.

Because this Court agrees with Judge Schwab's recommendation that the action be transferred to the Western District of Pennsylvania, the Court will not rehash the sound reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's January 16, 2015 Report and Recommendation is ADOPTED in full. ECF No. 8.

2. The clerk is directed to transfer 4:13-CV-2231 to the Western District of Pennsylvania.

3. Initial screening of the complaint and disposition of plaintiff John Klem's application to proceed *in forma pauperis* are deferred to the transferee court.

4. The clerk is directed to close the file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge